**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG DIVISION**

| | | |
|---|---|---|
| LINDA ELLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:11-cv-0572 |
| vs. | ) | |
| | ) | |
| LVNV FUNDING, LLC and | ) | **NOTICE OF DISMISSAL** |
| RESURGENT CAPITAL SERVICES, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

Now comes the Plaintiff, LINDA ELLISON, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

/s/ David B. Levin
David B. Levin (10939)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park, Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
David@LuxenburgLevin.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 10, 2011, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                    /s/ David B. Levin
                                                   David B. Levin (10939)
                                                   Attorney for Plaintiff
                                                 Luxenburg & Levin, LLC
                                                 23875 Commerce Park, Suite 105
                                                 Beachwood, OH 44122
                                                 (888) 493-0770, ext. 302 (phone)
                                                 (866) 551-7791 (facsimile)
                                                 David@LuxenburgLevin.com